LAWRENCE G. BROWN
Acting United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

FILED
JUN 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search Warrant,<br><br>676 E. 1st Ave,<br><br><br><br>[sealed] | Misc No. 07-45 KJM<br>CR. No. 169-EJG<br><br>APPLICATION FOR UNSEALING ORDER; AND [~~PROPOSED~~] ORDER |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents filed in the above-captioned matter are hereby ordered unsealed as the defendant has been arrested.

DATED:  6/4 , 2009

_____
HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge

2